**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    : No. 24 WAL 2022
:
Respondent    :
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
v.    :
:
:
ERIK SCHARRITTER,    :
:
Petitioner    :

## ORDER

**PER CURIAM**

  **AND NOW**, this 13th day of June, 2022, the Petition for Allowance of Appeal is **DENIED**.